**ANTHONY BRASS,** California State Bar No. 173302
Attorney at Law
3223 Webster Street
San Francisco, CA  94123
(415) 922-5462

Attorney for Defendant
Abraham Bravo-Barragan

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

THE UNITED STATES OF AMERICA,

                Plaintiff,

    v.

Abraham Bravo-Barragan,

                Defendant.
_____/

No. 01-0468 MMC

**STIPULATION TO CONTINUE
PRE-TRIAL CONFERENCE;
ORDER**

Abraham Bravo-Barragan, by and through his attorney, Anthony J. Brass, request that this Court continue the Pre-Trial Conference currently set for Wednesday October 24th at 2:30 PM to Wednesday November 28, 2007 at 2:30 PM.

This continuance is requested because I have been provided a plea agreement by the US Attorney and need time to review its contents and discuss with my client.  The continuance is necessary due to time being needed to review the possible plea agreement.

It is stipulated by and between the parties, Anthony J. Brass and Assistant United States Attorney Barbara Silano that the appearance set for October 24, 2007 at 2:30 PM is continued to November 28, 2007 at 2:30 PM.

Dated: October 22, 2007

                              /s/Barbara Silano

                              Barbara Silano
                              Assistant U.S. Attorney


Dated:October 22, 2007        /s/ Anthony Brass

                              Anthony J. Brass
                              Attorney for Defendant



     IT IS SO ORDERED.


Dated: October 23, 2007



                              _____
                              Maxine M. Chesney

                              UNITED STATES DISTRICT JUDGE